IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| PHYLLIS A. THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:14cv050-MHT |
| | ) | (WO) |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

Plaintiff Phyllis A. Thomas filed this lawsuit as an appeal from the denial of her request for disability insurance benefits pursuant to Title II of the Social Security Act, 42 U.S.C. § 401, et al.  This appeal is now before the court on the recommendation of the United States Magistrate Judge that the denial should be affirmed.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 21st day of September, 2015.

                     /s/ Myron H. Thompson
                     **UNITED STATES DISTRICT JUDGE**