IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

PHYLLIS A. THOMAS,                 )
                                   )
        Plaintiff,                 )
                                   )        CIVIL ACTION NO.
        v.                         )        1:14cv050-MHT
                                   )            (WO)
CAROLYN W. COLVIN, Acting          )
Commissioner of Social             )
Security,                          )
                                   )
        Defendant.                 )

JUDGMENT

In accordance with the memorandum opinion entered
this date, it is the ORDER, JUDGMENT, and DECREE of the
court as follows:

(1) The   United   States   Magistrate   Judge's
recommendation (doc. no. 20) is adopted.

(2) The decision of the Acting Commissioner of
Social Security denying benefits to plaintiff Phyllis
A. Thomas is affirmed.

It is further ORDERED that costs are taxed against
plaintiff Thomas, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 21st day of September, 2015.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE